# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Damian Galindo Huerta<br>*Defendant(s)* | Case No. 2:25-MJ-173 |

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED OCT 29 2025 CLERK, U.S. DISTRICT COURT By_____ Deputy**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 28, 2025__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Heroin |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph E. Curtis, DEA SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of FED. R. CRIM. P. 4.1 by telephone this 29th day of ~~August~~ October, 2025.

Date: 10/29/25

_____
Judge's signature

City and state: Amarillo, TX

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:25-MJ-173

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Joseph Curtis, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2. I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a Special Agent with DEA in February 2025, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in July 2025. In connection with my duties and responsibilities as a Special Agent, I have received training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was an officer in the U.S. Army for 4 years, and I am currently still serving as an officer in the U.S. Army National Guard.

3. This affidavit is made in support of a complaint and arrest warrant for Damian GALINDO HUERTA. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4. On October 28, 2025, Amarillo Police Department K-9 Officer Eric Skaggs was on routine patrol of incoming greyhound buses in Amarillo, TX. At approximately 4:16 P.M, Officer Skaggs deployed his K-9 and conducted a free air sniff of the baggage from Greyhound bus 86893. Officer Skaggs' K-9 alerted to present odor of narcotics inside a grey and black puma brand duffle bag. Officer Skaggs conducted a probable cause search of the grey and black duffle bag and found 3 brown tape packaged bundles containing approximately 3.4 kilograms of a substance that field-tested positive for heroin.

5. DEA Resident Agent in Charge John Beasley, Special Agents Matthew Hundley, Fernando Burga, and Task Force Officers Timothy Tullos, and Vernon Wilson responded to assist with the investigation.

6. Investigators observed Damian GALINDO HUERTA retrieve the grey and black puma brand duffle bag from the luggage bin of the bus.

8. Amarillo Police Department arrested GALINDO HUERTA. During a *mirandized* interview, GALINDO HUERTA admitted to investigators that the suspected heroin came from Mexico. GALINDO HUERTA admitted that he picked up the suspected heroin in Nogales, Arizona and that he was transporting the three bundles of suspected heroin to New Orleans, Louisiana. GALINDO HUERTA told investigators that he was supposed to be paid $10,000 for the trip and that he was supposed to pick up $120,000 in New Orleans, Louisiana to transport back.

Page **1** of **2**

_____
Joseph E. Curtis
DEA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

__10/29/25__ at __Amarillo, TX__
Date                                City and State

<u>Lee Ann Reno, U.S. Magistrate Judge</u>     _____
Name and Title of Judicial Officer         Signature of Judicial Officer

_____
Joshua Frausto
Assistant United States Attorney

Page **2** of **2**